**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. _____

DENNIS JONES and JAMES WELCH,
Individually and on behalf of all others
similarly situated,

      Plaintiffs,

v.

INTRADO LIFE & SAFETY, INC., a
Delaware corporation,

      Defendant.

---

**DEFENDANT'S NOTICE OF REMOVAL**

---

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and D.C.COLO.LCivR 81.1, Defendant Intrado Life & Safety, Inc. ("Defendant"), by and through its undersigned counsel, hereby removes the above-entitled action styled *Dennis Jones and James Welch v. Intrado Life & Safety, Inc.*, Case No. 20CV30376, from the District Court for Arapahoe County, Colorado, to the United States District Court for the District of Colorado. Copies of all pleadings are filed with this Notice under 28 U.S.C. § 1446(a). As grounds for removal, Defendant states as follows:

1.    On February 14, 2020, Plaintiffs filed their Individual, Collective and Class Action Complaint ("Complaint") against Defendant in the District Court for Arapahoe County, Colorado,

styled *Dennis Jones and James Welch v. Intrado Life & Safety, Inc.*, Case No. 20CV30376. *See* **Exhibit A**, Plaintiffs' Complaint.

2. Plaintiffs' first claim for relief alleges a violation of the federal Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA"). More specifically, Plaintiffs allege Defendant failed to pay Plaintiffs and other current and former employees of Defendant the correct amount of overtime compensation as mandated by the FLSA.

3. Plaintiffs' FLSA claim, by its very nature, asserts a question of federal law.

4. Plaintiffs' second and third claims for relief allege violations of Colorado statutory laws related to wage and hour law. Plaintiffs' fourth claim for relief is for common law promissory estoppel.

5. Plaintiffs served Defendant's registered agent with the Complaint on February 25, 2020. *See* **Exhibit D**, Affidavit of Service.

6. Because this Notice of Removal is filed within thirty (30) days of Defendant having been served with the Complaint, it is timely filed under 28 U.S.C. § 1446(b)(1). *See e.g., Murphy Brothers v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 356 (1999); *Cellport Sys., Inc. v. Peiker Acoustic GMBH & Co. KG*, 335 F. Supp. 2d 1131, 1134 (D. Colo. 2004).

7. This Court has original jurisdiction under 28 U.S.C. § 1331 because at least one of Plaintiffs' claims arises under the Constitution and laws of the United States.

8. This Court also has supplemental jurisdiction under 28 U.S.C. § 1367 because Plaintiffs' second, third, and fourth claims are related to the FLSA claim over which this Court has original jurisdiction, such that they form part of the same case or controversy. *See* 28 U.S.C. § 1367(a*); see also Donaldson v. Am. Banco Corp., Inc.*, 945 F. Supp. 1456, 1469 (D. Colo. 1996).

## FEDERAL QUESTION JURISDICTION

9. This Court has original jurisdiction under 28 U.S.C. § 1331 because Plaintiffs present a federal question.

10. Plaintiffs' Complaint alleges Defendant "violated the FLSA by failing to pay the Plaintiffs and the Class Members one and one-half times their regular rates of pay for all of the hours they worked over 40 per week." **Ex. A**, ¶ 53.[1]

11. Plaintiffs' Complaint also alleges "[a]t all times relevant to this Complaint, the Plaintiffs and the Class Members were 'employees' under the FLSA." **Ex. A**, ¶ 51.

12. The FLSA is a federal labor law, codified in the United States Code. *See* 29 U.S.C. § 201 *et seq*.

13. Therefore, this is a civil action arising under the Constitution and laws of the United States. *See* U.S.C. § 1331; *see also Wis. Dep't of Coor. v. Schacht*, 524 U.S. 381, 386 (1998) (holding that the presence of even one claim "arising under" federal law is sufficient for removal); *BellSouth Telecommunications, Inc. v. MCImetro Access Transmission Servs., Inc.*, 317 F.3d 1270, 1278 (11th Cir. 2003) ("For purposes of 28 U.S.C. § 1331 jurisdiction, all that is required is that there be an arguable claim arising under federal law."); *Thomas v. Bank of Am. Corp.*, 12-CV-00797-PAB-KMT, 2012 WL 1431224, at *2 (D. Colo. Apr. 25, 2012).

## PROCEDURAL REQUIREMENTS

14. The action is pending in the District Court for Arapahoe County, Colorado. *See* **Ex. A**. Accordingly, under 28 U.S.C. §§ 85 and 1441(a), the United States District Court for the District

---

[1] While Defendant strongly denies these allegations, it assumes their truth solely for purposes of this Notice of Removal and any subsequent motion brought pursuant to Federal Rules of Civil Procedure 12(b).

of Colorado is the proper forum for removal.

15. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the process, pleadings, and orders served and filed in the state court are attached as **Exhibit B** (Delay Reduction Order), **Exhibit C** (Complaint, Summons, Civil Cover Sheet, and all attachments), **Exhibit D** (Affidavit of Service), **Exhibit E** (Defendant's Motion for Extension of Time for Responsive Pleading), **Exhibit F** (Order Granting Defendant's Motion for Extension), and **Exhibit G** (the current docket sheet). *See* D.C.COLO.LCivR 8.1(b).

16. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice to Plaintiff of the removal of this action and will promptly file a copy of this Notice of Removal in the state court. Under D.C.COLO.LCivR 81.1(c), Defendant states that it is not currently aware of any hearings set in the state court as of the date of this filing.

WHEREFORE, Intrado Life & Safety, Inc. removes this action from the District Court for Arapahoe County, Colorado, to the United States District Court for the District of Colorado.

Respectfully submitted this 26th day of March, 2020.

s/ *Joshua B. Kirkpatrick*
Joshua B. Kirkpatrick
Lauren E. Meyerholz
Matt C. Freemann
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: (303) 629-6200
Facsimile: (303) 629-0200
jkirkpatrick@littler.com
lmeyerholz@littler.com
mfreemann@littler.com

**ATTORNEYS FOR DEFENDANTS INTRADO LIFE & SAFETY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2020, a true and correct copy of **DEFENDANT'S NOTICE OF REMOVAL** was filed and served via the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Arlene Aguilar*
Arlene Aguilar, Legal Secretary

4829-1300-8055.2